UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 AUG -8  PM 4:05

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. |
| JEREMY GODWIN, | ) |
| | ) 1:17-cr-0157 JMS -TAB |
| Defendant. | ) |

## INDICTMENT

### COUNT 1
(Bank Robbery in violation of 18 U.S.C. § 2113(a))

The Grand Jury further charges that:

On or about September 8, 2016, in the Southern District of Indiana, JEREMY GODWIN, the defendant herein, did by force, violence and intimidation take from the person or presence of another money, namely six-hundred dollars ($600.00) belonging to, or in the care of, custody, control, management, and possession of Chase Bank, 9991 E. Washington St., Indianapolis, Indiana, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All of which is a violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

███████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

by: _____
William L. McCoskey
Assistant United States Attorney